

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-391-CV

IN RE BARBARA LEWIS, INDIVIDUALLY,                    RELATORS
AS NEXT FRIEND OF COLTON LEWIS,
AND AS REPRESENTATIVE OF THE
ESTATE OF JOHN LEWIS, DECEASED,
VIRGINIA ASSELIN, TILMAN HEIN, JOE MOYA

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus, emergency motion for temporary relief, and real party in interest's response to the motion and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for temporary relief are denied.

---

[1] *See* Tex. R. App. P. 47.4.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MCCOY, JJ.

DELIVERED:  November 12, 2009